Margot Pyne Kniffin,

CA Bar # 288650

Yacub Law Offices

12761 Darby Brook Ct., Ste. 102,

Woodbridge Virginia 22314

Ph: (703) 533-2347

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amrat Singh, Tanudeep Kaur, P. K.       *Plaintiffs,*         v. Joseph B. Edlow in his official capacity as Director of U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services,       *Defendants,* | Case No. 2:26-cv-1655-TLN-SCR **ORDER GRANTING REQUEST TO FILE UNDER SEAL** |

This matter comes before the Court upon Plaintiffs Request to File Under Seal the complaint and exhibit B under Local Rule 141. The Court finds that:

1. The Plaintiffs have shown good cause.

2. The public's right of access is overridden by the need to protect sensitive, and confidential information under 8 U.S.C. § 1367; 42 U.S.C. § 1320d.

The Court finds that disclosure of such information would create prejudice and invasion of

1

significant privacy interests.

**IT IS HEREBY ORDERED THAT:**

- Plaintiffs' complaint if filed under seal.

- Plaintiffs' Exhibit B is filed under seal.

- The Clerk is directed to maintain the complaint and related exhibit under seal until further order of the Court.

IT IS SO ORDERED.

DATED: April 29, 2026

_____

Troy L. Nunley
Chief United States District Judge

2