Margot Pyne Kniffin,
CA Bar # 288650
Yacub Law Offices
12761 Darby Brook Ct., Ste. 102,
Woodbridge Virginia 22314
Ph: (703) 533-2347

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

Amrat Singh, et al.

*Plaintiffs,*

v.

Joseph B. Edlow et. al.
*Defendants,*

Case No. 2:26-cv-1655-TLN-SCR

**ORDER**

This matter comes before the Court on Plaintiffs' motion for extension of time. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is hereby

ORDERED that Plaintiffs' deadline to respond to the Motion to Dismiss is extended up to and including August 3, 2026.

ORDERED that Defendants' 10-day response deadline pursuant to Local Rule 230(d) is extended to 14 days.

Dated: July 14, 2026

Troy L. Nunley
Chief United States District Judge